IDA CARRINGTON, as Administratrix, etc., of PERCY CARRINGTON, Deceased, Respondent, v. PACIFIC MAIL STEAMSHIP COMPANY, Defendant, and PANAMA MAIL STEAMSHIP COMPANY, Appellant.— Order, as resettled, denying motion to

dismiss complaint, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.